AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wilson, Stephen V. | U.S. District Court | 07/09/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

U.S. District Court
312 N. Spring Street, Room 217J
Los Angeles, CA 90012

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 07/09/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | North Fork Bank | mortgage - real estate (Capri) | P2 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 07/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. El Dorado - Real Estate-Partner | D | Dividend | O | W | | | | | |
| 2. Harbor City Mobile Park - Partner | D | Dividend | M | W | | | | | |
| 3. Sandpiper LTD - Partner | D | Dividend | M | W | | | | | |
| 4. Capital - Partner -Sacramento CA | C | Dividend | M | W | | | | | |
| 5. Capri - NY, NY | G | Rent | P2 | W | | | | | |
| 6. Malibu - Elmhurst, NY | E | Rent | P1 | W | | | | | |
| 7. BONDS: | | | | | | | | | |
| 8. City Natl Bank Ckg Acct | | None | M | T | | | | | |
| 9. City Natl Bank Ckg Acct #2 | | None | K | T | | | | | |
| 10. BROKERAGE ACCT #1 | | | | | | | | | |
| 11. UB Highmark Div. MM | | None | O | T | Buy (add'l) | 06/28/11 | O | | |
| 12. CA St GO | | None | M | T | | | | | |
| 13. LA CA Uni Scl Dist | | None | L | T | | | | | |
| 14. Alameda Cnty Pension Plan | | None | M | T | | | | | |
| 15. Baldwin Park CA Uni Schl Dist | | None | L | T | | | | | |
| 16. CA ST RANS | | None | | | Redeemed | 06/28/11 | O | | |
| 17. CA ST RANS | | None | O | T | Buy | 09/22/11 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 |
| | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. BROKERAGE ACCT #2 | | | | | | | | | |
| 19. MSSB MM Funds | None | | K | T | Redeemed (part) | 05/20/11 | K | | |
| 20. US Treas Note | None | | N | T | Buy | 06/28/11 | N | | |
| 21. U.S. Treas Note | None | | N | T | Buy | 06/28/11 | N | | |
| 22. GNMA | None | | J | T | Redeemed (part) | 12/20/11 | J | | |
| 23. BROKERAGE ACCT #3 | | | | | | | | | |
| 24. IRA - Charter Prime MM Fund | None | | P1 | T | | | | | |
| 25. CNI Gov't MM | None | | P1 | T | | | | | |
| 26. CA ST Bonds | None | | M | T | | | | | |
| 27. CA ST GO Bonds | None | | L | T | | | | | |
| 28. US Treas Bill | None | | | | Redeemed | 02/17/11 | O | | |
| 29. US Treas Bill | None | | P1 | T | Buy | 01/20/11 | P1 | | |
| 30. " " " | None | | | | Redeemed | 07/21/11 | P1 | | |
| 31. " " " | None | | P1 | T | Buy | 07/21/11 | P1 | | |
| 32. U.S. Treas Bill | None | | O | T | Buy | 02/4/11 | O | | |
| 33. Bank Baroda NY CD | None | | M | T | Buy | 05/23/11 | M | | |
| 34. " " " " | None | | | | Redeemed | 11/28/11 | M | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 07/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. GE Money BK CD | | None | M | T | Buy | 05/18/11 | M | | |
| 36. U.S. Treas Bill | | None | J | T | Buy | 06/27/11 | J | | |
| 37. " " " | | None | | | Redeemed | 12/22/11 | J | | |
| 38. Bank of China CD | | None | M | T | Buy | 06/09/11 | M | | |
| 39. " " " " | | None | | | Redeemed | 12/11/11 | M | | |
| 40. U.S. Treas Bill | | None | K | T | Buy | 06/27/11 | K | | |
| 41. " " " | | None | | | Redeemed | 12/22/11 | K | | |
| 42. BROKERAGE ACCT #4 | | | | | | | | | |
| 43. CA ST RFDG | | None | L | T | | | | | |
| 44. CA ST Var Purp | | None | M | T | | | | | |
| 45. CA ST RFDG | | None | L | T | | | | | |
| 46. CA ST Var Purp | | None | M | T | | | | | |
| 47. CA ST | | None | L | T | | | | | |
| 48. CA GO | | None | L | T | | | | | |
| 49. CA ST Economic Rec Ser | | None | L | T | Redeemed (part) | 07/01/11 | L | | |
| 50. " " " " " | | None | | | Redeemed | 09/01/11 | K | | |
| 51. CA St Var Purp | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 07/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. RMA Fund Inc | | None | M | T | Buy (add'l) | 02/11/11 | M | | |
| 53. CA ST | | None | | | Redeemed | 06/28/11 | M | | |
| 54. CA ST | | None | M | T | Buy | 06/28/11 | M | | |
| 55. CA ST | | None | M | T | Buy | 09/15/11 | M | | |
| 56. BROKERAGE ACCT #5 | | | | | | | | | |
| 57. CA ST GO | | None | N | T | | | | | |
| 58. JP Morgan Dep Acct | | None | O | T | | | | | *see explanation |
| 59. State of CA | | None | M | T | | | | | |
| 60. CA ST RFDG | | None | L | T | | | | | |
| 61. US Treas Nts | | None | M | T | | | | | |
| 62. CA ST | | None | L | T | | | | | |
| 63. Top Ships Inc | | None | K | T | | | | | |
| 64. US Treas Bill | | None | L | T | Buy | 06/28/11 | L | | |
| 65. " " " | | None | | | Redeemed | 12/22/11 | L | | |
| 66. BROKERAGE ACCT #6 | | | | | | | | | |
| 67. Bank Deposit Sweep - name changed in 2009 | | None | J | T | | | | | *see explanation |
| 68. CA ST RFDG | | None | | | Redeemed | 02/01/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 07/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. CA ST Var Purp | | None | M | T | | | | | |
| 70. CA ST Var Purp | | None | M | T | | | | | |
| 71. CA ST FGIC | | None | K | T | | | | | |
| 72. Central CA JT | | None | | | Redeemed | 02/01/11 | K | | |
| 73. Fedl Hm Ln Bk | | None | K | T | | | | | |
| 74. US Treas | | None | K | T | | | | | |
| 75. CA ST | | None | | | Redeemed | 12/01/11 | K | | |
| 76. CA ST Var Purp | | None | K | T | | | | | |
| 77. Fremont CA CTF | | None | K | T | | | | | |
| 78. CA ST RFDG | | None | L | T | | | | | |
| 79. " " " | | None | L | T | Redeemed (part) | 10/04/11 | L | | |
| 80. University CA RVS | | None | K | T | | | | | |
| 81. Las Virgenes CA Uni Schl | | None | | | Redeemed | 11/01/11 | K | | |
| 82. CA ST | | None | K | T | | | | | |
| 83. CA ST | | None | K | T | | | | | |
| 84. LA CA Dept Water | | None | | | Redeemed | 07/01/11 | K | | |
| 85. CA ST | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 07/09/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | CA ST Var Purp | None | | M | T | | | | | |
| 87. | CA ST RFDG BE | None | | K | T | | | | | |
| 88. | ABC CA Unified SD | None | | | | Redeemed | 02/03/09 | K | | *see explanation |
| 89. | CA ST UNREF Bal-Ref | None | | K | T | | | | | |
| 90. | CA ST Water Res Dev-Ser | None | | K | T | | | | | |
| 91. | CA ST | None | | L | T | | | | | |
| 92. | Sacramento CA City | None | | L | T | | | | | |
| 93. | Los Rios CA Cmnty | None | | | | Redeemed | 02/01/11 | K | | |
| 94. | Los Rios CA Cmnty | None | | | | Redeemed | 02/01/11 | K | | |
| 95. | CA ST | None | | K | T | | | | | |
| 96. | CA ST GO | None | | K | T | | | | | |
| 97. | US Treas Notes | None | | N | T | Buy | 06/27/11 | N | | |
| 98. | CA ST Rev Antics Nts | None | | K | T | Buy | 06/27/11 | K | | |
| 99. | BROKERAGE ACCT #7 | | | | | | | | | |
| 100. | Citibank Bk Dep Program | None | | K | T | | | | | |
| 101. | CA ST | None | | L | T | | | | | |
| 102. | CA ST Var Purp | None | | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 07/09/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. CA CT Var Purp | | None | L | T | | | | | |
| 104. CA ST Var Purp | | None | L | T | | | | | |
| 105. CA ST | | None | M | T | | | | | |
| 106. CA ST Var Purp | | None | O | T | | | | | |
| 107. CA ST | | None | M | T | | | | | |
| 108. CA ST Var Purp | | None | M | T | | | | | |
| 109. CA ST | | None | | | Redeemed | 06/28/11 | N | | |
| 110. BMW Bank of No America CD | | None | M | T | Buy | 06/27/11 | M | | |
| 111. " " " " | | None | | | Redeemed | 09/01/11 | M | | |
| 112. Discover Bank-DE CD | | None | M | T | Buy | 06/27/11 | M | | |
| 113. Bank of China CD | | None | L | T | Buy | 09/01/11 | L | | |
| 114. " " " | | None | | | Redeemed | 12/07/11 | L | | |
| 115. Mizrahi Tefahot Bank CD | | None | M | T | Buy | 09/01/11 | M | | |
| 116. " " " " | | None | | | Redeemed | 12/16/11 | M | | |
| 117. Bank of China CD | | None | M | T | Buy | 12/19/11 | M | | |
| 118. BROKERAGE ACCT #8 | | | | | | | | | |
| 119. ML Short Term Global Income Black Rock IRRA | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 07/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Mutual Fund - Muni Inv Trust | None | | J | T | | | | | |
| 121. CA ST | None | | J | T | | | | | |
| 122. CA ST | None | | L | T | | | | | |
| 123. CA ST | None | | L | T | | | | | |
| 124. CA ST | None | | K | T | | | | | |
| 125. LA CA | None | | | | Redeemed | 09/01/11 | K | | |
| 126. CA ST | None | | K | T | | | | | |
| 127. ML Bank USA RASP CMA Fund | None | | O | T | | | | | |
| 128. Capmark Bank Midvale CD | None | | L | T | | | | | |
| 129. Sallie Mae Bank, M. Utah | None | | L | T | | | | | |
| 130. US T Bill | None | | M | T | Buy | 06/28/11 | M | | |
| 131. " " " | None | | | | Redeemed | 12/22/11 | M | | |
| 132. BROKERAGE ACCT #9 | | | | | | | | | |
| 133. CW Genl Govt Mny Mkt CIB | None | | O | T | | | | | |
| 134. CA ST | None | | | | Redeemed | 06/11/11 | L | | |
| 135. US Treas Bill | None | | O | T | Buy | 06/27/11 | O | | |
| 136. " " " | None | | | | Redeemed | 12/29/11 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 07/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  BROKERAGE ACCT #10 | | | | | | | | | |
| 138.  MM Funds - RBC | | None | J | T | | | | | |
| 139.  State of CA GO | | None | L | T | | | | | |
| 140.  State of CA GO | | None | L | T | | | | | |
| 141.  State of CA GO | | None | L | T | | | | | |
| 142.  CA ST GO | | None | K | T | | | | | |
| 143.  State of CA Rev Antics NTS | | None | | | Redeemed | 06/28/11 | O | | |
| 144.  US Treas Note | | None | M | T | Buy | 06/28/11 | M | | |
| 145.  State of CA 2011-12 Genl Purp | | None | O | T | Buy | 09/15/11 | O | | |
| 146.  BROKERAGE ACCT #11 | | | | | | | | | |
| 147.  Pennsylvania ST | | None | M | T | | | | | |
| 148.  " " | | None | M | T | | | | | |
| 149.  ITT Corp | | None | K | T | | | | | |
| 150.  Genl Mtrs | | None | K | T | | | | | |
| 151.  FT Enhance Eqty | | None | J | T | | | | | |
| 152.  General Elec Co | | None | K | T | | | | | |
| 153.  Yuba | | None | K | T | Buy | 05/19/10 | K | | see explanation |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 07/09/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII.   Investments and Trusts:

Line 58:   (JP Morgan)   Column C(1) This should have been changed from M to O in last year's report.  Monies from two separate accounts were consolidated as of September 2010.

    ***   On last year's report (2010) under Additional Information or Explanations, I noted the following:
Name changed from BS Fed Fund to JP Morgan Dep. Acct.  previously under brokerage acct #12   transferred to brokerage acct. #5
I should have also changed the new amount in Column C(1) to O.

Line 67:   Name was changed from AGE to Bank Sweep Deposit in February 2009.   Should have been changed on 2010 report.

Line 88 :   ABC CA Unified:   should have been redeemed in 2009

Line 153:   Yuba:  this was purchased in 2010.   Should have been on last year's report.

FINANCIAL DISCLOSURE REPORT

Page 14 of 14

Name of Person Reporting

Wilson, Stephen V.

Date of Report

07/09/2012

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Stephen V. Wilson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544